LOKEY *v.* LOKEY.

HILL, J. Under the pleadings and the evidence the court did not err in awarding to the plaintiff temporary alimony of $50 per month, and $100 attorney's fees. *Judgment affirmed. All the Justices concur.*

No. 9276. MARCH 17, 1933.

B. J. *Stevens* and T. R. *Burnside,* for plaintiff in error.
J. *Glenn Stovall* and M. L. *Felts,* contra.